AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| ANGELA SMITH *Plaintiff* v. WATERS INTERNATIONAL TRUCKS, INC. *Defendant* | Civil Action No. 3:25-cv-575-DPJ-ASH |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Sugar Pines, LLC; c/o Laura Brame Cerra CPA, PLLC
415 N Magnolia St., Ste. 330, Laurel, MS 39440

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Personnel records re: Angela Smith, including, without limitation, application for employment, personnel file, attendance records, job performance, job training, disciplinary actions, wages earned, benefits available and received, separation documents, and internal investigation files.

| Place: Butler Snow LLP 1020 Highland Colony Parkway, Suite 1400 Ridgeland, MS 39157 | Date and Time: 02/20/2026 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 02/04/2026

*CLERK OF COURT*                           OR

_____                   /s/ Blythe K. Lollar
*Signature of Clerk or Deputy Clerk*                *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Waters International Trucks, Inc. , who issues or requests this subpoena, are:

Blythe K. Lollar, P.O. Box 6010, Ridgeland, MS 39158-6010, 601-985-5711, blythe.lollar@butlersnow.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

EXHIBIT A

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| ANGELA SMITH  *Plaintiff*  v.  WATERS INTERNATIONAL TRUCKS, INC.  *Defendant* | ) ) ) ) ) ) )  Civil Action No. 3:25-cv-575-DPJ-ASH |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Sugar Pines, LLC; c/o Laura Brame Cerra CPA, PLLC
415 N Magnolia St., Ste. 330, Laurel, MS 39440

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Personnel records re: Angela Smith, including, without limitation, application for employment, personnel file, attendance records, job performance, job training, disciplinary actions, wages earned, benefits available and received, separation documents, and internal investigation files.

| Place: Butler Snow LLP  1020 Highland Colony Parkway, Suite 1400  Ridgeland, MS 39157 | Date and Time:  02/20/2026 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 02/04/2026

*CLERK OF COURT*

OR

_____        /s/ Blythe K. Lollar
*Signature of Clerk or Deputy Clerk*       *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Waters International Trucks, Inc. , who issues or requests this subpoena, are:

Blythe K. Lollar, P.O. Box 6010, Ridgeland, MS 39158-6010, 601-985-5711, blythe.lollar@butlersnow.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | | |
|---|---|---|
| ANGELA SMITH | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:25-cv-575-DPJ-ASH |
| WATERS INTERNATIONAL TRUCKS, INC. | ) | |
| | ) | |
| *Defendant* | ) | |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Sugar Pines, LLC; c/o Laura Brame Cerra CPA, PLLC
415 N Magnolia St., Ste. 330, Laurel, MS 39440

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Personnel records re: Angela Smith, including, without limitation, application for employment, personnel file, attendance records, job performance, job training, disciplinary actions, wages earned, benefits available and received, separation documents, and internal investigation files.

| Place: Butler Snow LLP<br>1020 Highland Colony Parkway, Suite 1400<br>Ridgeland, MS 39157 | Date and Time:<br>02/20/2026 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 02/04/2026

*CLERK OF COURT*

OR

_____                    /s/ Blythe K. Lollar
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Waters International Trucks, Inc., who issues or requests this subpoena, are:

Blythe K. Lollar, P.O. Box 6010, Ridgeland, MS 39158-6010, 601-985-5711, blythe.lollar@butlersnow.com

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| ANGELA SMITH ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:25-cv-575-DPJ-ASH |
| WATERS INTERNATIONAL TRUCKS, INC. ) | |
| ) | |
| *Defendant* ) | |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Sugar Pines, LLC; c/o Laura Brame Cerra CPA, PLLC
415 N Magnolia St., Ste. 330, Laurel, MS 39440

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Personnel records re: Angela Smith, including, without limitation, application for employment, personnel file, attendance records, job performance, job training, disciplinary actions, wages earned, benefits available and received, separation documents, and internal investigation files.

| Place: Butler Snow LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157 | Date and Time:
02/20/2026 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

   The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 02/04/2026

*CLERK OF COURT*
                                                                    OR
_____                                   /s/ Blythe K. Lollar
*Signature of Clerk or Deputy Clerk*                             *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Waters International Trucks, Inc. , who issues or requests this subpoena, are:

Blythe K. Lollar, P.O. Box 6010, Ridgeland, MS 39158-6010, 601-985-5711, blythe.lollar@butlersnow.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).