THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**ANGELA SMITH**                                                        **PLAINTIFF**

**V.**                              **CIVIL ACTION NO. 3:25-cv-00575-DPJ-ASH**

**WATERS INTERNATIONAL TRUCKS, INC.**                      **DEFENDANT**

## NOTICE OF INTENT

Pursuant to Rule 45(a)(4) of the Federal Rules of Civil Procedure, notice is hereby given that the undersigned, for and on behalf of Defendant Waters International Trucks, Inc., intends to serve Subpoenas *Duces Tecum* upon the following:

1. Sugar Pines, LLC;
2. Z Bridge, LLC;
3. T8 Fish and Smokehouse, LLC; and
4. The Little Griddle, LLC.

Copies of the above-referenced subpoenas are attached as composite Exhibit "A."

This, the 4th day of February, 2026.

                                                      Respectfully submitted,

                                                      **WATERS INTERNATIONAL TRUCKS, INC.,**
                                                     Defendant

                                       By:     */s/ Blythe K. Lollar*
                                                      Robin Banck Taylor (MS Bar No. 100195)
                                                      Blythe K. Lollar (MS Bar No. 104554)

                                                     ATTORNEYS FOR DEFENDANT

OF COUNSEL:

BUTLER SNOW LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
P.O. Box 6010
Ridgeland, MS 39158-6010
Phone: (601) 948-5711

Fax: (601) 985-4500
E-mail: robin.taylor@butlersnow.com
E-mail: blythe.lollar@butlersnow.com

## CERTIFICATE OF SERVICE

I, Blythe K. Lollar, one of the attorneys for Defendant, do hereby certify that I have this day electronically filed a true and correct copy of the foregoing pleading with the Clerk of Court using the ECF electronic court-filing system, which sent notification of such filing to counsel of record as follows:

>Louis H. Watson, Jr. (MS Bar No. 9053)
>The Watson Law Firm, PLLC
>1501 Jackson Ave. W.
>Suite 133 PMB 101
>Oxford, MS 38655-2566
>Telephone: (601) 253-1177
>louis@thewatsonlawfirm.com

So certified on this, the 4th day of February, 2026.

                                                                                        */s/ Blythe K. Lollar*
                                                                                        Blythe K. Lollar

                                                                                                                          99424734.v1